TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243,042)
tcoddington@insigne.law
ADAM T. TUROSKY (CSB NO. 336,024)
aturosky@insigne.law
INSIGNE PC
701 Palomar Airport Rd., Suite 230
Carlsbad, CA 92011
Telephone: (858) 227-6633
Facsimile: (858) 724-1440

Attorneys for Plaintiff
VISION WORKS IP CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION WORKS IP CORP., a Washington corporation, *Plaintiff*, v. PELOTON TECHNOLOGY, INC., a Delaware corporation, *Defendant*. | Case No.: 3:21-cv-03321-SI **NOTICE OF VOLUNTARY DISMISSAL** Judge: Hon. Susan Illston |

1 | Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff Vision Works IP Corp. hereby voluntarily dismisses this action without prejudice. Defendant Peloton Technology, Inc. has ceased business operations and surrendered its corporate status.

Date:  August 20, 2021                              Respectfully submitted,


                                            By:    /s/ Adam T. Turosky
                                                   Trevor Q. Coddington
                                                   Adam T. Turosky
                                                   Insigne PC
                                                   701 Palomar Airport Road, Suite 230
                                                   Carlsbad, CA 92011

                                                   Attorneys for Plaintiff
                                                   VISION WORKS IP CORP.

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I caused a copy of the foregoing

**NOTICE OF VOLUNTARY DISMISSAL**

and attachments thereto to be served *via* electronic mail to counsel for all parties and their counsel of record, who are deemed to have consented to electronic service using the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  August 20, 2021                    Respectfully submitted,

                                    By:     /s/ Adam T. Turosky
                                            Trevor Q. Coddington
                                            Adam T. Turosky
                                            Insigne PC
                                            701 Palomar Airport Road, Suite 230
                                            Carlsbad, CA 92011

                                            Attorneys for Plaintiff
                                            VISION WORKS IP CORP.